BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
ALEXANDER S. GORIN (Cal. Bar No. 326235)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3190
    Facsimile: (213) 894-2927
    E-mail:  alexander.gorin@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: Information associated with the accounts that are within the possession, custody, or control of X Corp. | No. 2:24-MJ-6849<br><br>APPLICATION FOR FURTHER ORDER PURSUANT TO 18 U.S.C. § 2705(B) PRECLUDING NOTICE |

The United States requests that the Court issue a further non-disclosure order commanding X Corp. (the "Provider") not to notify any person (including the subscribers or customers of the account(s) listed in the pertinent warrant) of the existence of the warrant issued under case number 2:24-MJ-6849 (the "Warrant") for an additional period of one year, unless authorized to do so by the Court or the United States Attorney's Office.

The Provider is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). The United States previously obtained a warrant pursuant to 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A) and 2703(d), which required

1   the Provider to disclose certain records and information to the
2   United States.  The Warrant, issued by the Honorable Patricia
3   Donahue, United States Magistrate Judge for the Central District of
4   California, prohibited the Provider from disclosing the existence of
5   the legal process for one year from the date the Warrant was signed,
6   which period expires on November 13, 2025.  For the reasons set forth
7   below, the government now seeks a further non-disclosure order
8   related to the Warrant.
9       This Court has authority under 18 U.S.C. § 2705(b) to issue "an
10  order commanding a provider of electronic communications service or
11  remote computing service to whom a warrant, subpoena, or court order
12  is directed, for such period as the court deems appropriate, not to
13  notify any other person of the existence of the warrant, subpoena, or
14  court order."  Id.  Such an order should be issued where the Court
15  "determines that there is reason to believe that notification of the
16  existence of the warrant, subpoena, or court order will result in -
17  (1) endangering the life or physical safety of an individual;
18  (2) flight from prosecution; (3) destruction of or tampering with
19  evidence; (4) intimidation of potential witnesses; or (5) otherwise
20  seriously jeopardizing an investigation or unduly delaying a trial."
21  18 U.S.C. § 2705(b).
22      The government requests that the Court issue a further non-
23  disclosure order in conjunction with the Warrant for the following
24  factual reasons, which are based on the information provided by
25  Federal Bureau of Investigation Special Agent (SA) Lionell Binyard,
26  Jr.,: The FBI is investigating overlapping groups of cybercriminals
27  who are engaged in an ongoing malicious cyber campaign against
28  victims within the United States and around the world.  Specifically,

1  this group conducts intrusions and distributed denial of service
2  attacks, often against critical infrastructure. The group is
3  comprised of sophisticated cyber actors who have taken numerous
4  measures to obfuscate their identities and hide their criminal
5  conduct. The requested account(s) are believed to be associated with
6  actors linked to the cybercriminal groups. The investigation remains
7  ongoing and is neither public nor known to the targets of the
8  investigation. Further, many of the targets are believed to be
9  located abroad, and premature disclosure could not only jeopardize
10 further evidence collection, but also hinder any efforts to pursue
11 the apprehension of the international targets.
12      Accordingly, there is reason to believe that notification of the
13 existence of the requested non-disclosure order and the original
14 Warrant will seriously jeopardize the investigation, including by
15 giving targets an opportunity to flee or continue flight from
16 prosecution, destroy or tamper with evidence, change patterns of
17 behavior, or notify confederates.  See 18 U.S.C. § 2705(b)(2), (3),
18 (5).  Moreover, some of the evidence in this investigation is stored
19 electronically.  If alerted to the investigation, the targets of the
20 investigation could destroy that evidence, including information
21 saved to their digital devices.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

For the reasons stated above, the United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court.

Dated: November 13, 2025          Respectfully submitted,

BILAL ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

   /s/Alexander S. Gorin
ALEXANDER S. GORIN
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA